UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID MATTA,<br><br>                     Petitioner,<br><br>         v.<br><br>CRAIG KOENIG,<br><br>                     Respondent. | No.  2:19-cv-0943 MCE CKD P<br><br><br>ORDER |

     Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  ECF No. 1.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On December 7, 2021, the assigned magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections thereto were to be filed within fourteen days.  ECF No. 18.  Petitioner has filed objections to the findings and recommendations.  ECF No. 19.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 7, 2021, ECF No. 18, are ADOPTED in full;

2. Petitioner's petition for a writ of habeas corpus, ECF No. 1, is DENIED;

3. The Clerk of Court is directed to close the case; and

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

Dated:  January 26, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE